**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                   :         Chapter 13


Constantina Limberiou                    :         Bky. No. 16-14676



                                         :

              Debtor(s)                   :


### ORDER DISMISSING CASE


              AND NOW,  it is

              ORDERED that since the debtor has failed to timely file the documents required

by the order dated June 30, 2016 this case be and the same is hereby **DISMISSED.**



Missing Documents:

Matrix
Attorney Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
     Calculation of Commitment Period Form 122C-1
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106


**Date: August 17, 2016**

_____
                    RICHARD E. FEHLING
              UNITED STATES BANKRUPTCY JUDGE